THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Robert Lee Simmons, Appellant.
 
 
 

Appeal From Berkeley County
R. Markley Dennis, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-376
Submitted April 21, 2004  Filed June 
 17, 2004

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Daniel T. Stacey, of Columbia, for 
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Robert Lee Simmons 
 was convicted of pointing and presenting a firearm and sentenced to four years 
 imprisonment.  Additionally, the circuit court revoked two years of Simmons 
 probation on an unrelated charge, the sentence to run concurrently with the 
 previous sentence.  Pursuant to Anders v. California, 386 U.S. 738 (1967), 
 Simmons counsel attached a petition to be relieved.  Simmons did not file a 
 pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Simmons appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.